CASE NO: 22-21536-CIV-MORENO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 22-21536-CIV-MORENO

ANDRE GESKE,

    Plaintiff,

v.

700 EDGEWATER DEVELOPMENT, LLC,

    Defendant.

_____/

## STIPULATION ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Stipulation of Dismissal with Prejudice (the "Stipulation") by Plaintiff, André Geske ("Buyer"), and Defendant, 700 Edgewater Development, LLC ("Seller"). The Court reviewed the Stipulation and the Court file, has been advised of the Stipulation between the parties and the settlement of the lawsuit and is otherwise fully informed in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is dismissed, with prejudice, and without attorneys' fees or costs to either Buyer or Seller. The Court retains jurisdiction to enforce the Agreement as defined in the Stipulation.

**DONE AND ORDERED** in chambers at Miami, Florida, this ____ day of June 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.