UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 22-21536-CIV-MORENO**

ANDRE GESKE,

        Plaintiff,

vs.

700 EDGEWATER DEVELOPMENT, LLC,

        Defendant.

                                     /

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

THE MATTER was referred to the Honorable Ellen F. D'Angelo, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Enforce the Parties' Settlement Agreement (**D.E. 133**) and Defendant's Motion to Dismiss (**D.E. 135**). The Magistrate Judge filed a Report and Recommendation (**D.E. 175**) and Plaintiff filed Objections (**D.E. 176**). The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge D'Angelo's Report and Recommendation is **AFFIRMED** and **ADOPTED** for the reasons stated in the report. Accordingly, it is

**ADJUDGED** that Plaintiff's Second Amended Motion to Enforce the Parties' Settlement Agreement and Supporting Memorandum of Law (**D.E. 133**) is **DENIED**. It is further

**ADJUDGED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Release of Claims (**D.E. 135**) is **GRANTED**. The case remains **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __10__ of March 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Ellen F. D'Angelo

Counsel of Record

2